IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____
:
SUNGARD FINANCIAL SYSTEMS INC.   :
:
            Plaintiff,   :   CIVIL ACTION NO. 02-CV-4332
:
      v.   :
:
J.B. OXFORD & COMPANY   :
:
           Defendant.   :
_____   :

## PROPOSED SCHEDULING ORDER

AND NOW, this <u>28th</u> day of February, 2003, Plaintiff SunGard Financial Systems Inc. ("SunGard") and Defendant J.B. Oxford & Company ("Defendant"), by and through undersigned counsel, propose the following scheduling order for discovery in this matter as follows:

1. The parties suggest the following discovery deadlines:

    a.    Deadline for written discovery requests:    09/30/2003

    b.    Close of discovery:    10/31/2003

2. The parties suggest the following deadlines for expert report(s):

    a.    Plaintiff expert report(s) due:    10/31/2003

    b.    Defendant expert report(s) due:    11/30/2003

3. The parties shall notify the Court if a stay of the discovery deadlines will facilitate settlement.

By: _____     By: _____
    James T. Smith, Esquire             Mark Stewart, Esquire
    Michael E. Adler, Esquire           Ballard Spahr Andrews & Ingersoll, LLP Blank Rome, LLP
                                                  1735 Market Street, 51st Floor

    One Logan Square                    Philadelphia, PA 19103-7599
    Philadelphia, PA 19103              215-665-8500
    215-569-5500

*Attorneys for Plaintiff SunGard*     *Attorneys for Defendant J.B. Oxford &*
*Company*
*Financial Systems Inc.*

SO ORDERED BY THE COURT:


_____
                         J.
March 5, 2003