## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| SUNGARD FINANCIAL SYSTEMS INC. | : | |
| Plaintiff, | : | CIVIL ACTION NO. 02-CV-4332 |
| v. | : | |
| J.B. OXFORD & COMPANY | : | |
| Defendant. | : | |

**STIPULATION/CONSENT ORDER TO EXTEND THE DEADLINES ESTABLISHED BY MARCH 5, 2003 SCHEDULING ORDER BY 90 DAYS**

The parties, Plaintiff SunGard Financial Systems Inc. ("SunGard") and Defendant J.B. Oxford & Company ("Defendant"), through their undersigned counsel, jointly stipulate and respectfully request that all deadlines established by this Court's March 5, 2003 Scheduling Order be extended by 90 days. The parties have been actively pursuing discovery, as well as discussing settlement. However, numerous scheduling difficulties, including the unavailability of witnesses in other jurisdictions necessitate, this joint request for extension of deadlines. If approved, the deadlines applicable to this action will be as follows:

1) Deadline for written discovery requests: 12/31/2003
2) Close of discovery: 1/31/2004
3) Plaintiff expert report(s) due: 1/31/2004
4) Defendant expert report(s) due: 2/29/2004

All other items set forth in the Court's March 5, 2003 Scheduling Order shall remain in effect. This is the parties' first request to extend the discovery deadlines applicable to this action.

By: _____
    James T. Smith, Esquire
    Rebecca Ward, Esquire
    Michael E. Adler, Esquire
    Blank Rome LLP
    One Logan Square
    Philadelphia, PA 19103
    215-569-5500

*Attorneys for Plaintiff SunGard Financial Systems Inc.*

By: _____
    Mark Stewart, Esquire
    Ballard Spahr Andrews & Ingersoll, LLP
    1735 Market Street, 51st Floor
    Philadelphia, PA 19103-7599
    215-665-8500

*Attorneys for Defendant J.B. Oxford & Company*

SO ORDERED BY THE COURT:

_____
                      J.

090079.31202/21188167v1