IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUNGARD FINANCIAL SYSTEMS INC., | Civil Action |
| Plaintiff/Counterclaim Defendant, | |
| v. | No. 02-cv-04332 |
| J.B. OXFORD & COMPANY, | |
| Defendant/Counterclaim Defendant. | |

## ORDER

AND NOW, this ___ day of _____, 2004, upon consideration of the parties' Joint Motion for Entry of Stipulated Order for Settlement Agreement and Mutual Releases, for Referral to the Civil Suspense Docket Pending Outcome of Settlement, and to Place Stipulated Order Under Seal, it is hereby ORDERED and DECREED that the motion is GRANTED, as follows:

1. The Stipulated Order for Settlement Agreement and Mutual Releases separately submitted to the Court for in camera review is entered as an Order of the Court;

2. The Stipulated Order for Settlement Agreement and Mutual Releases (together with the new contract attached thereto as Exhibit A) is placed under seal;

3. This action is referred to the civil suspense docket pending the parties' completion of the terms of the settlement; and

090079.31202/21232416v1

4. This action shall continue to be referred to the Honorable James R. Melinson for purposes of supervising performance of, and receiving periodic reports from the parties regarding progress under, the terms of the settlement.

BY THE COURT:

_____
J.

090079.31202/21232416v1